UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| JULIO MEDINA ARREGUIN, JUAN ARELLANO MALAGON, EDUARDO FLORES MAYDON, JOSE GOMEZ LOPEZ, MAXIMINO JUAREZ SANCHEZ, JOSE LOPEZ GOMEZ, CRUZ LUNA VILLELA, AGUSTIN OVIEDO OLVERA, LUIS PATINO MENDIOLA, ESGAR PEREZ FLORES, ASAEL RODRIGUEZ JUAREZ, MIGUEL SANCHEZ CERVANTES, and MARIO SILGUERO REYES, <br><br>                        Plaintiffs, <br><br> v. <br><br> MANUEL SANCHEZ, <br><br>                        Defendant. | Civil Action No. 2:18-cv-00133-LGW-BWC |

## **PLAINTIFFS' APPLICATION TO CLERK FOR ENTRY OF DEFAULT**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiffs apply to the Clerk for entry of default against Defendant, Manuel Sanchez.

As reflected in the Proof of Service filed with this Court on November 26, 2018, (Doc. 4), the summons and complaint in this matter were served personally on Manuel Sanchez on November 15, 2018.

Defendant was required to serve his answer or otherwise plead within 21 days of service, i.e., no later than December 6, 2018. As of the date of this Application, Defendant has not filed a responsive pleading. Thus, entry of default against Defendant is appropriate at this time.

1

This 11th day of December, 2018.                    Respectfully submitted,

*/s/ Solimar Mercado-Spencer*
Solimar Mercado-Spencer
Lead Counsel
Georgia Bar No. 686614
Georgia Legal Services Program
104 Marietta Street NW, Suite 250
Atlanta, GA  30303
Phone:  (404) 463-1633
Fax:     (404) 463-1623
E-mail: smercado-spencer@glsp.org

*/s/ Lisa J. Krisher*
Lisa J. Krisher
Georgia Bar No. 429762
Georgia Legal Services Program
104 Marietta Street NW, Suite 250
Atlanta, GA  30303
Phone:  (404) 463-1633
Fax:     (404) 463-1623
E-mail: lkrisher@glsp.org

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 11, 2018, a true and correct copy of the foregoing PLAINTIFFS' APPLICATION TO CLERK FOR ENTRY OF DEFAULT was sent to Defendant Manuel Sanchez, via U.S. Mail, with adequate postage, to:

> Manuel Sanchez
> 251 Leon A Wildes Rd
> Hazlehurst, GA 31539-7833

*/s/ Solimar Mercado-Spencer*
Counsel for Plaintiffs