AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JULIO MEDINA ARREGUIN, et al,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 2:18-cv-133

MAUEL SANCHEZ,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance to the Order of the Court entered this 31st day of July 2019, granting Plaintiff's Motion for Default Judgment; judgment is hereby entered in favor of the Plaintiffs as follows: Arreguin $18,299.08; Malagon $19,930.88; Maydon $33,847.36; Lopez $28,363.36; Sanchez $16,899.08; Gomez $27,235.36; Villela $18,400.84; Olvera $19,499.08; Mediola $18,530.88; Flores $33,367.32; Juarez $18,600.84; Cervantes $8,073.30; Reyes $17,842.28. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: August 7, 2019

Scott L. Poff
Clerk

(By) Deputy Clerk



GAS Rev 10/1/03